1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10
11   JOHN EDWARD McGEE, JR.,        )  Case No.  EDCV 12-2047 DSF(JC)
                                    )
12                   Petitioner,    )
                                    )
13          v.                      )  JUDGMENT
                                    )
14   DAVID B. LONG, Warden,         )
                                    )
15                   Respondent.    )
                                    )
16   ─────────────────────────────
17
18       Pursuant to this Court's Order Summarily Dismissing Petition for Writ of
19   Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is
     dismissed.
20
        IT IS SO ADJUDGED.
21
             12/3/12
22
     DATED: _____
23
24
25   _____
26   HONORABLE DALE S. FISCHER
     UNITED STATES DISTRICT JUDGE
27
28