UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN EDWARD McGEE, JR.,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DAVID B. LONG, Warden,<br><br>　　　　　　Respondent. | Case No.  EDCV 12-2047 DSF(JC)<br><br>JUDGMENT |

　　　　Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

　　　　IT IS SO ADJUDGED.

　　　　　　12/3/12

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　*Dale S. Fischer*

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE